# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. Francisco Mercedes
District Court Case No.  3:12-000433-003     District of Puerto Rico
Date Notice of Appeal filed  02/27/2013     Court of Appeals Case No.  13-1346
Form filed on behalf of  Francisco Mercedes

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____
Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  _____

## TRANSCRIPT ORDER

Name of Court Reporter  JOE REYNOSA
Phone Number of Reporter  787-772-3478

A.   [X]   This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☒ Other (specify) | 2/27/2013 SENTENCING HEARING - DKT. #176 |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.   _____   I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Paul M. Glickman           Filer's Signature  /s/
Firm/Address  Glickman Turley LLP 250 Summer St. Boston, MA 02210     Filer's Email address  pmg@glickmanturley.com
Telephone number  617-399-7770           Date mailed to court reporter  _____

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                    SEE INSTRUCTIONS ON REVERSE