

May 20, 2013

Clerk of the Court
United States Court of Appeals for the First Circuit
One Courthouse Way
Boston, MA 02210

      Re: United States v. Francisco Mercedes (Appeal No. 13-1346)

Dear Clerk of the Court:

      I write to inform the Clerk that despite requests to trial counsel, Jose R. Gaztambide-Aneses, I have not received the trial counsel's legal files relating to his representation of Francisco Mercedes before the District Court of Puerto Rico (District Court docket no. 3:13-cr-0043-FAB.)   I respectfully request that this Court issue an Order for production of these records.

      Thank you for your consideration.


                                      Sincerely,

                                      /s/ Paul M. Glickman
                                      Paul M. Glickman